**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Cincinnati Ins. Co. v. Discount Drug Mart, Inc.*, **Slip Opinion No. 2022-Ohio-3714.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-3714

CINCINNATI INSURANCE COMPANY, APPELLANT, *v.* DISCOUNT DRUG MART, INC., APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Cincinnati Ins. Co. v. Discount Drug Mart, Inc.*, Slip Opinion No. 2022-Ohio-3714.]**

*Court of appeals' judgment vacated and cause remanded for application of* Acuity v. Masters Pharmaceutical, Inc.

(No. 2022-0318—Submitted October 4, 2022—Decided October 20, 2022.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 110151, 2021-Ohio-4604.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to that court for application of *Acuity v. Masters Pharmaceutical, Inc.*, __ Ohio St.3d __, 2022-Ohio-3092, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Collins, Roche, Utley & Garner, Richard M. Garner, and David L. Lester, for appellant.

Cavitch, Familo & Durkin Co., L.P.A., and Gregory E. O'Brien, for appellee.

Koehler Fitzgerald, L.L.C., and Timothy J. Fitzgerald, in support of appellant for amicus curiae Ohio Insurance Institute.

Reed Smith, L.L.P., and Justin H. Werner, in support of appellee for amicus curiae United Policyholders.

_____